**1354  WHEELER ET AL.** (School Dist. Officers) vs. **LOGAN** (Supervisor, Seney Township), No. 12376.

To compel assessment of taxes for school purposes.
Granted in the alternative November 18, 1891.

**1355  TURNBULL vs. BOARD OF EDUCATION** (Alpena), 45 M., 496.

To compel respondent to provide for the payment of certain orders issued by a school district before the division of the district, in a case where the statutory provisions for distributing the original liability had not been strictly observed.

Granted January 28, 1881.

Interest upon such orders was denied, as no authority had been given to impose it, and as the case involved new questions, costs were denied.

**1356  UNION SCHOOL DISTRICT** (Rogers) vs. **PARRIS** (Supervisor), No. 13843½, 97 M., 593.

To compel respondent to spread certain school taxes upon his roll.

Granted November 28, 1893, without costs.